# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FINISH STRONG, LLC., an Illinois Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>REEBOK INTERNATIONAL, LTD., a Massachusetts Corporation,<br><br>    Defendant. | Case 1:10-cv-01312<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

PLEASE TAKE NOTICE that Plaintiff, FINISH STRONG, LLC., by its attorneys, Joseph M. Vanek, Esq. and Sarah E. Dale, Esq. of VANEK, VICKERS & MASINI, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant, REEBOK INTERNATIONAL, LTD.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: March 30, 2010      By:      VANEK, VICKERS & MASINI, P.C.

　　　　　　　　　　　　　　　　　　/s Joseph M. Vanek

　　　　　　　　　　　　　　　　　　Joseph M. Vanek (IL ARDC 6197046)
　　　　　　　　　　　　　　　　　　Sarah E. Dale (IL ARDC 6289307)
　　　　　　　　　　　　　　　　　　VANEK, VICKERS & MASINI, P.C.
　　　　　　　　　　　　　　　　　　111 S. Wacker Drive, Suite 4050
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　Telephone:  312-224-1500
　　　　　　　　　　　　　　　　　　Facsimile:  312-224-1510
　　　　　　　　　　　　　　　　　　E-Mail: jvanek@vaneklaw.com
　　　　　　　　　　　　　　　　　　E-Mail: sdale@vaneklaw.com
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

  The undersigned certifies that, on March 30, 2010, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i) was filed electronically. Counsel of record will be served by electronic mail and first class mail on this same date as follows:

Mr. Danny Marti<br>
Kilpatrick & Stockton, LLP<br>
607 14th Street N.W. - Suite 900<br>
Washington, DC 20005-2018<br>
Dmarti@kilpatrickstockton.com

Dated: March 30, 2010   By:  VANEK, VICKERS & MASINI, P.C.

           /s Joseph M. Vanek

           Joseph M. Vanek (IL ARDC 6197046)
           Sarah E. Dale (IL ARDC 6289307)
           VANEK, VICKERS & MASINI, P.C.
           111 S. Wacker Drive, Suite 4050
           Chicago, Illinois 60606
           Telephone:  312-224-1500
           Facsimile:  312-224-1510
           E-Mail: jvanek@vaneklaw.com
           E-Mail: sdale@vaneklaw.com

           Counsel for Plaintiff